**Fill in this information to identify the case:**

Debtor 1   Ryan Aaron Johnson

Debtor 2   Deena Kay Kerschner
(Spouse, if filing)

United States Bankruptcy Court for the:  WESTERN          District of   MISSOURI
                                                                        (State)

Case number  20-40286-BTF13

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**     Freedom Mortgage Corporation          Court claim no. (if known)          21

**Last four digits** of any number you          XXXXXX6750
use to identify the debtors' account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No

☐ Yes.  Date of the last notice:

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 3/31/2020, | (5) | $ 400.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses.  Specify: | | (10) | $ 0.00 |
| 11. | Other.  Specify:  Plan Review | 2/26/2020 | (11) | $ $250.00 |
| 12. | Other.  Specify:  POC 410a History | 3/10/2020 | (12) | $ $250.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

Debtor 1    Ryan Aaron Johnson
_____
First Name   Middle Name   Last Name

Case number (*if known*)    20-40286-BTF13
_____

| Part 2: | Sign Here |

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
T I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   */s/Phillip  Raymond*
_____
Signature

Date    5/26/2020
_____

Print:    Phillip                              Raymond
_____
First Name          Middle Name          Last Name

Title    Authorized Agent
_____

Company    McCalla Raymer Leibert Pierce, LLC
_____

Address    1544 Old Alabama Road
_____
Number         Street
Roswell                    GA              30076
_____
City                       State           ZIP Code

Contact phone     732-692-6872
_____

Email    Phillip.Raymond@mccalla.com
_____

B10 (Supplement 2) (12/11)                                                                    Case:                                    Page 3

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No.** 20-40286-BTF13 |
| Ryan Aaron Johnson | ) | **Chapter** 13 |
| Deena Kay Kerschner | ) | |
| | ) | **JUDGE:** Brian T. Fenimore |
| | ) | |

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

| | | | | |
|---|---|---|---|---|
| Other | | | | $250.00 |
| | 02/26/2020 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $250.00 | |
| Other | | | | $250.00 |
| | 03/10/2020 | Preparation of the POC 410A History | $250.00 | |
| Bankruptcy/Proof of Claim Fees | | | | $400.00 |
| | 03/31/2020 | Preparation and Filing of Proof of Claim | $400.00 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                                        **$900.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

B48 (Supplement 2) (12/11)                                    Case:                                    Page 4

In Re:

      Ryan Aaron Johnson
      Deena Kay Kerschner

Bankruptcy Case No.: 20-40286-BTF13
Chapter:        13
Judge:        Brian T. Fenimore

## CERTIFICATE OF SERVICE

I, Phillip Raymond, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Ryan Aaron Johnson
1212 NE Grand Avenue
Lees Summit, MO 64086

Deena Kay Kerschner Johnson
1212 NE Grand Avenue
Lees Summit, MO 64086

Garry Addam Fera                *(served via ECF Notification)*
WM Law
15095 W. 116th St
Olathe, KS 66062

Richard Fink, Trustee           *(served via ECF Notification)*
Suite 1200
2345 Grand Blvd.
Kansas City, MO 64108-2663

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    5/27/2020    By:    */s/Phillip Raymond*
          (date)               Phillip Raymond
                         Authorized Agent for Freedom Mortgage Corporation