# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  **RYAN AARON JOHNSON**
**DEENA KAY KERSCHNER JOHNSON**

**Case No.:  20-40286-btf-13**

**Debtors**

## TRUSTEE'S MOTION FOR ORDER REGARDING DETERMINATION OF POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES

COMES NOW, Richard V. Fink, Chapter 13 Trustee ("trustee"), and files this Motion for Order Regarding Determination of Post-Petition Mortgage Fees, Expenses, and Charges pursuant to Fed. R. Bankr. P. 3002.1(e), and in support therefore states:

1. On May 27, 2020, FREEDOM MORTGAGE CORPORATION filed a Notice of Post-Petition Mortgage Fees, Expenses, and Charges ("Notice") pursuant to Fed. R. Bankr. P. 3002.1(c) (ECF Document 36).

2. In the Notice, the creditor requests additional fees of $900.00.

3. To date, no objections have been filed to that Notice.

4. The trustee requests that the Court enter an order determining that the fees in the Notice are allowed and shall be paid by the trustee from plan payments as funds are available.

WHEREFORE, the trustee moves the Court for an order allowing the fees as requested in the Notice of Post-Petition Mortgage Fees, Expenses, and Charges and directing that the fees are to be paid by the trustee from plan payments as funds are available.

Respectfully submitted,

May 28, 2020

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

## NOTICE OF MOTION

**Any response to the motion must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court, pursuant to 11 USC Section 102(1), will determine that the parties agree that the amount set out in the notice is due under the terms of the underlying note and applicable non-bankruptcy law, and will enter an Order granting the motion.** For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)
FREEDOM MORTGAGE CORPORATION (561522)

/s/ Richard V. Fink, Trustee

DD      /Motion - Order - Allow Notice of Fees and Expenses