# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

**In re:  RYAN AARON JOHNSON**
**DEENA KAY KERSCHNER JOHNSON**

                               **Case No.:  20-40286-btf-13**

      **Debtors**

## TRUSTEE'S MOTION TO VACATE ORDER OF THE COURT ALLOWING THE NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES

COMES NOW, Richard V. Fink, Chapter 13 Trustee, and files this Motion to Vacate Order of the Court Allowing the Notice of Post-Petition Mortgage Fees, Expenses, and Charges (ECF Document 42) filed on June 19, 2020, and in support thereof states:

1. On May 27, 2020, FREEDOM MORTGAGE CORPORATION ("creditor") filed as a supplement to Court Claim 21, a Notice of Postpetition Mortgage Fees, Expenses and Charges requesting additional fees of $900.00.

2. On May 28, 2020, the trustee filed a Motion to Determine Mortgage Fees and Expenses re: Rule 3002.1 requesting that the fees be allowed (ECF Document 38).

3. On June 19, 2020, the Court entered an Order Allowing the Notice of Post-Petition Mortgage Fees, Expenses and Charges (ECF Document 42).

4. The creditor has returned an attempted disbursement to the trustee, in the amount of $551.42, which was made toward the additional fees, expenses and charges. In documentation received, the creditor indicated it was returning funds due to Paid in Full.

5. To date, the trustee has paid $0.00 toward the post-petition fees.

WHEREFORE, the trustee moves the court for an order vacating the Order Allowing the Notice of Post-Petition Mortgage Fees, Expenses and Charges entered June 19, 2020, as ECF Document 42; for an order allowing fees as previously paid and disallowing the remaining unpaid fees and any fees returned after the date of this motion; and for any and all other relief that this Court deems appropriate.

                                     Respectfully submitted,

May 10, 2021

                                     /s/ Richard V. Fink, Trustee

                                     Richard V. Fink, Trustee
                                     2345 Grand Blvd., Ste. 1200
                                     Kansas City, MO 64108-2663
                                     (816) 842-1031

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)
FREEDOM MORTGAGE CORPORATION (561522)

/s/ Richard V. Fink, Trustee

HBJ      /Motion - Vacate - Dynamic