# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: RYAN AARON JOHNSON                                      CASE NUMBER: 2040286
DEBTOR 2 NAME: DEENA KAY KERSCHNER JOHNSON

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___5/11/2021___ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user,
pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

FREEDOM MORTGAGE CORPORATION,BANKRUPTCY DEPT,10500 KINCAID DR # 300,FISHERS IN 46037
RYAN AARON JOHNSON/DEENA KAY KERSCHNER JOHNSON,1212 NE GRAND AVE,LEES SUMMIT MO 64086

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ___5/11/2021___            Signature : _____
                                              Premium Graphics, Inc.
                                              2099 Thomas Road Suite 10
                                              Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:  RYAN AARON JOHNSON
       DEENA KAY KERSCHNER JOHNSON

                                          Case No.:  20-40286-btf-13

           **Debtors**

## TRUSTEE'S MOTION TO VACATE ORDER OF THE COURT ALLOWING THE NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES

COMES NOW, Richard V. Fink, Chapter 13 Trustee, and files this Motion to Vacate Order of the Court Allowing the Notice of Post-Petition Mortgage Fees, Expenses, and Charges (ECF Document 42) filed on June 19, 2020, and in support thereof states:

1. On May 27, 2020, FREEDOM MORTGAGE CORPORATION ("creditor") filed as a supplement to Court Claim 21, a Notice of Postpetition Mortgage Fees, Expenses and Charges requesting additional fees of $900.00.

2. On May 28, 2020, the trustee filed a Motion to Determine Mortgage Fees and Expenses re: Rule 3002.1 requesting that the fees be allowed (ECF Document 38).

3. On June 19, 2020, the Court entered an Order Allowing the Notice of Post-Petition Mortgage Fees, Expenses and Charges (ECF Document 42).

4. The creditor has returned an attempted disbursement to the trustee, in the amount of $551.42, which was made toward the additional fees, expenses and charges. In documentation received, the creditor indicated it was returning funds due to Paid in Full.

5. To date, the trustee has paid $0.00 toward the post-petition fees.

WHEREFORE, the trustee moves the court for an order vacating the Order Allowing the Notice of Post-Petition Mortgage Fees, Expenses and Charges entered June 19, 2020, as ECF Document 42; for an order allowing fees as previously paid and disallowing the remaining unpaid fees and any fees returned after the date of this motion; and for any and all other relief that this Court deems appropriate.

May 10, 2021

                                      Respectfully submitted,

                                      /s/ Richard V. Fink, Trustee

                                      Richard V. Fink, Trustee
                                      2345 Grand Blvd., Ste. 1200
                                      Kansas City, MO 64108-2663
                                      (816) 842-1031

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)
FREEDOM MORTGAGE CORPORATION (561522)

/s/ Richard V. Fink, Trustee

HBJ     /Motion - Vacate - Dynamic